Submitted June 2, affirmed June 28, petition for review denied
September 14, 2017 (361 Or 886)

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

JENNIFER ROSE ROZEWSKI,
*Defendant-Appellant.*

Lincoln County Circuit Court
16CR15811; A163590

396 P3d 994

Zachary J. Stern and Ferder Casebeer French & Thompson, LLP, filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Timothy A. Sylwester, Assistant Attorney General, filed the brief for respondent.

Before Armstrong, Presiding Judge, and Tookey, Judge, and Shorr, Judge.

PER CURIAM

Affirmed. *State v. Berger*, 284 Or App 156, 392 P3d 792 (2017).